# United States Bankruptcy Court
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 15−11799−BFK
**Chapter** 13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Brian Allen Wallaesa
11272 Wortham Crest Cir.
Manassas, VA 20109

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−5940

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor:  NA

## NOTICE THAT DEBTOR IS INELIGIBLE FOR DISCHARGE

Upon review of the Debtor(s) previously filed case(s), notice is hereby given that Debtor Brian Allen Wallaesa is ineligible for a discharge pursuant to 11 U.S.C. §727(a)(8),(9) or §1328(f). The Court shall not grant a discharge if the Debtor has received a discharge in a case filed under chapter 7, 11, 12, or 13 within the period of time specified under 11 U.S.C.§727(a)(8),(9) or §1328(f).

Objections contesting the record must be filed with the Clerk of the U.S. Bankruptcy Court within twenty−one (21) days from the date of this notice.

Dated:  May 27, 2015                                      For the Court,

                                                          William C. Redden, Clerk
[ntcrepeatdb.jsp]                                         United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Brian Allen Wallaesa  
    Debtor

Case No. 15-11799-BFK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0422-9     User: admin     Page 1 of 1     Date Rcvd: May 27, 2015  
                 Form ID: ntcrepdb     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2015.  
db         +Brian Allen Wallaesa,    11272 Wortham Crest Cir.,    Manassas, VA 20109-5697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2015 at the address(es) listed below:  
        Thomas P. Gorman    ch13alex@gmail.com,   tgorman26@gmail.com  
                                               TOTAL: 1