**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BRIAN ALLEN WALLAESA, | ) | Case No. 15-11799-BFK |
| | ) | Chapter 13 |
| Debtor. | ) | |

**ORDER DENYING CREDIT COUNSELING DEFERMENT,**
**DENYING MOTION TO ACCEPT CREDIT COUNSELING CERTIFICATE**
**AND DISMISSING CASE**

On June 25, 2015, the Court held a hearing on the Debtor's Motion to Accept Certificate of Credit Counseling (Docket No. 14) and a hearing on the Debtor's Exigent Circumstances for Deferment of Credit Counseling. The Court also held a hearing on the Debtor's Application to Pay Filing Fee in Installments (Docket No. 5). Thomas P. Gorman, Esquire, and the *pro se* Debtor were present in person. For the reasons stated on the record, it is

**ORDERED:**

1. The Debtor's Motion to Accept Certificate of Credit Counseling (Docket No. 14) is denied.

2. The request for temporary waiver of the credit counseling requirement is denied.

3. This case is dismissed without prejudice.

4. The Debtor shall pay the balance of the filing fee in the amount of $220 to the Clerk of Court within ten (10) days of the date of this Order.

5. The Debtor's Application to Pay Filing Fee in Installments (Docket No. 5) is denied as moot.

6. The *pro se* Debtor is advised that he will have 14 days from the entry of this Order to appeal by filing a Notice of Appeal with the Clerk of the Bankruptcy Court.

              Document      Page 2 of 2

7. The Clerk shall mail copies of this Order, or give electronic notice of its entry, to the parties listed below.

Date: Jul 1 2015

Alexandria, Virginia

/s/ Brian F. Kenney

Brian F. Kenney
United States Bankruptcy Judge

Copies to:

Entered on Docket: July 2, 2015

Brian Allen Wallaesa
11272 Wortham Crest Cir.
Manassas, VA 20109
*Pro Se Chapter 13 Debtor*

Thomas P. Gorman, Esquire
300 N. Washington St. Ste. 400
Alexandria, VA 22314
*Chapter 13 Trustee*